# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00164-CR

**Micah Burns, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. 0990832, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for attempted aggravated sexual assault. Sentence was imposed on February 6, 2001. There was no motion for new trial. The deadline for perfecting appeal was therefore March 8, 2001. *See* Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on March 12. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. There is no indication that notice of appeal was properly mailed to the district clerk within the time prescribed by rule 26.2(a). *See* Tex. R. App. P. 9.2(b). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   June 14, 2001

Do Not Publish